

~~SEALED~~
s/ 2994

ORDERED UNSEALED on 07/12/2022   s/ AmyC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK HENRY MUGAVERO,<br><br>　　　　　　　　Defendant. | Case No.: '22 MJ2455<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm (3 COUNTS)<br><br>Title 26, U.S.C., § 5861 (d) – Possession of Unregistered NFA Firearm |

The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

On or about May 10, 2022, within the Southern District of California, the defendant, MARK HENRY MUGAVERO, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected

interstate commerce, to wit: Mossberg, model 500, 12 gauge firearm, bearing serial number U405966; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about May 10, 2022, within the Southern District of California, the defendant, MARK HENRY MUGAVERO, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Sturm Ruger Mini-14 Rifle, .223/5.56 caliber, bearing serial number 581-94519; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

On or about May 10, 2022, within the Southern District of California, the defendant, MARK HENRY MUGAVERO, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Springfield 1911, .45 caliber pistol, bearing serial number NM768409; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

On or about May 10, 2022, within the Southern District of California, the defendant MARK HENRY MUGAVERO did knowingly possess a National Firearms Registration firearm, to wit: a silencer, as defined in 5845(a) and 18 USC §921, and the defendant knew the characteristics of the firearm that made it an NFA firearm, the firearm was or could readily be put, in operating condition, and the firearm was not registered to the defendant in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861 (d), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
ERICA BAASTEN
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this _8_ th day of July, 2022.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about May 3, 2022, a male victim's backpack was stolen from Awaken Church located at 1760 Descanso Avenue, San Marcos, CA. Inside his backpack was a Springfield 1911, .45 caliber pistol, bearing serial number NM768409; five handgun magazines, 50 rounds of .45 caliber ammunition, and a wallet with money and debit/credit cards. Through the investigation, including review of the video surveillance from the church as well as video surveillance from a 7-Eleven in which one of the victim's debit/credit cards was used at, San Diego County Sheriff's Department – San Marcos officers were able to positively identify Jake Mugavero as the individual that stole the backpack.

On or about May 10, 2022, San Diego County Sheriff's Department – San Marcos ("SDSD") officers executed a search warrant on Mark Henry MUGAVERO and Jake Mugavero's residence located at 1113 Greenbush Ln, Vista, CA, 92083. During the search of Mark Henry MUGAVERO's bedroom, which was identified by several items of mail address to him in the bedroom, his paystubs, his California driver's license, and a filing cabinet with documents addressed to him, the following items were located:

- (1) Springfield Armory 1911 – A1, .45 caliber, pistol bearing serial number NM768409, which had been stolen on May 3, 2022;
- (1) Sturm Ruger Mini-14 .223/5.56 caliber, rifle, bearing serial number 581-94519;
- (1) Mossberg 500, 12-gauge, firearm, bearing serial number U405966;
- (1) silver silencer;

- Approximately 238 5.56 caliber ammunition rifle rounds; approximately 54 .308 ammunition rifle rounds; approximately 83 9mm pistol ammunition rounds; and approximately five 12-gauge shotgun rounds;
- (1) completed black and brown un-serialized privately made firearm (PMF) AR style pistol; (1) un-serialized PMF Glock style pistol with threading on the end of the barrel (that matched up with the silencer threading);
- (3) black un-serialized PMF Glock style pistol frames, (2) black upper pistol slides, springs, and barrels, multiple upper rifle components, (1) un-serialized PMF AR style lower plus upper, (1) white un-serialized PMF Glock style pistol frame, (1) grey un-serialized PMF Glock style pistol frame, (1) red un-serialized PMF AR style finished receiver, (1) black unfinished un-serialized PMF AR style receiver, assorted other firearm parts, numerous magazines for assorted styles of firearms and ammunition;
- Broken Safety Police 5-shot revolver (SN # 4803)

The silencer located in Mark Henry MUGAVERO's bedroom had threading that matched the threading on the end of the barrel on an un-serialized PMF pistol also located in the bedroom. The silencer was able to be attached to the pistol.

Records checks on Mark Henry MUGAVERO revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Case Number | Charge | Term of Imprisonment |
|---|---|---|---|---|
| 08/10/1989 | US District Court, Southern California | 89CR183 | Possession with Intent Controlled Substance/ Methamphetamine (Felony) | 60 Months Prison |

The serialized firearms were seized and inspected. Preliminary checks revealed that the firearms were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

A preliminary review of the suspected silencer found that it was a silencer.

## NATIONAL FIREAMS REGISTRATION AND TRANSFER RECORD

Based upon my training and experience, I know that National Firearms Act (NFA) firearms, are restricted firearms and other devices regulated by the NFA. These items are only sold by specially licensed Federal Firearms License (FFL) dealers with a Class 3 Special Occupational Tax permit. An FFL is a license in the United States that enables an individual or company to engage in a business pertaining to the manufacture or importation of firearms and ammunition, or the interstate and intrastate sale of firearms. To lawfully posses or transfer NFA firearms, the NFA firearm must be registered to the possessing or transferring individual in the National Firearms Registration and Transfer Record. Moreover, a check revealed that the silencer is not registered to Mark MUGAVERO in the National Firearms Registration and Transfer Record.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.